UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,                        No. C 13-2537 SI (pr)

    Petitioner,                       **JUDGMENT**

    v.

K. CHAPPELL, Warden; et al.,

    Respondents.
                                          /

    This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action.

    IT IS SO ORDERED AND ADJUDGED.

DATED: September 4, 2013

                                       SUSAN ILLSTON
                                       United States District Judge